FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

2017 SEP 15 P 3: 14

BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

Anthony M Logan )
[Enter above the full name of )
the plaintiff in this action] )
)
v. ) Docket no. 1:17-cv-00360-GZS
)
Maine State Prison )
& Staff )
)
)
[Enter above the full name of )
the defendant(s) in this action] )

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [X] No [ ]

    B. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

        1. Parties to this previous lawsuit

        Plaintiff(s) Anthony M Logan

        Defendant(s) York County and Staff

        2. Court [If federal court, name the district; if state court, name the county]
        York County - York County Jail

        3. Docket number 2:16-CV-00464-GZS

4. Name of judge whom case was assigned  Judge - John C. Nivison

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed]  Settled w/ York countys lawyer

6. Approximate date of filing lawsuit  9-13-2016

7. Approximate date of outcome  7-31-2017

II. Place of present confinement  Maine State Prison

A. Is there a prisoner grievance procedure in this institution?
Yes [✓]    No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes [✓]    No [ ]

C. If your answer is "Yes"

1. What steps did you take?  Talked with sgts and diffrent C/Os

2. What was the result?  nothing told me i could not do anything about it

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff  Anthony Logan

Address  Maine State prison - 807 Cushing Rd Warren ME 04864

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant  MSP Staff/Capt - Sgts - C/Os -

Position  Capts - Sgts - C/Os - unit managers - other

Address  807 Cushing Rd Warren ME 04864

C. Additional Defendant(s) _____

IV. **Statement of Claim**

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

I was striped search in my cell in front of my cellmate with the door wide open and female staff running around through out the pod as searches were being conducted and the unit-manager was walking around she is a female and searched with dirty gloves as well as other violations

V. **Relief**

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

help me file this law suite and help me and to help other inmates feel comfortable and stop the prison staff from doing wrong and not following the rules

_____
Signature of Plaintiff

Signed this 11th day of September, 2017

I declare under penalty of perjury that the foregoing is true and correct.

9-11-17
Date

_____
Signature of Plaintiff