UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANTHONY M LOGAN<br>Plaintiff,<br><br>v.<br><br>MAINE STATE PRISON STAFF<br>Defendant, | )<br>)<br>)<br>) Civil No. 1:17-cv-00360-GZS<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge issued on January 3, 2018 by U.S. District Judge George Z. Singal, the Plaintiff's Complaint is Dismissed. JUDGMENT of Dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/Lindsey Caron
Deputy Clerk

Dated: January 5, 2018